AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RAUL H.,

**Apr 01, 2024**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| MARTIN O'MALLEY, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant* | |

Civil Action No.   2:22-cv-00208-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Report and Recommendation, ECF No. 18, is ADOPTED in its entirety.
Plaintiff's Motion, ECF No. 13, is GRANTED. The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation pursuant to sentence four of 42 U.S.C. § 405(g).
Defendant's Motion, ECF No. 14, is DENIED. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge     ROBERT H. WHALEY

Date:  4/1/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz